IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONALD EUGENE MITCHELL, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 05-CV-298-JHP-FHM |
| | ) | |
| MARTY SIRMONS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On May 9, 2006, Petitioner, a state inmate appearing *pro se*, filed his notice of appeal (Dkt. # 16), indicating his appeal from the Court's Order and Judgment (Dkt. ## 12 and 13), both entered March 23, 2006, dismissing his petition for writ of habeas corpus as time-barred. By Order filed April 10, 2006 (Dkt. # 14), the Court denied Petitioner's Rule 59(e) motion to alter or amend judgment. Along with his notice of appeal, Petitioner also filed a motion for certificate of appealability and for leave to proceed on appeal *in forma pauperis* (Dkt. # 17). By Order filed May 12, 2006 (Dkt. # 20), the Court denied a certificate of appealability and directed Petitioner to either pay the full appellate filing fee or file an amended motion for leave to proceed *in forma pauperis* including the required Statement of Institutional Accounts. On June 5, 2006, Petitioner filed an amended motion for leave to proceed on appeal *in forma pauperis* (Dkt. # 22) as directed by the Court.

Based on representations in the amended motion for leave to proceed on appeal *in forma pauperis*, the Court finds Petitioner is currently without funds sufficient to prepay the appellate filing fee. Therefore, his motion to proceed *in forma pauperis* shall be granted and he shall be allowed to proceed on appeal without prepayment of the filing fee.

**ACCORDINGLY, IT IS HEREBY ORDERED that** Petitioner's motion for leave to

proceed on appeal *in forma pauperis* (Dkt. # 17), as amended (Dkt. # 22), is **granted**.  The Clerk shall send a copy of this Order to the Tenth Circuit Court of Appeals.

SO ORDERED THIS 6th day of June 2006.

*[signature]*
James H. Payne
United States District Judge
Northern District of Oklahoma